Gary Lee Hensley
dba Electronic Systems Repair
Post Office Box 1363
Ventura, California 93002-1363
Telephone: 805-652-1340
Proprietor/Claimant
[Attorney In Persona]

# FILED

## JUL 23 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Lee Hensley for<br>Wanda Renault Hensley,<br>as Power of Attorney<br>via California Advance<br>Health-Care Directive<br>and as Grantor/Trustee<br>of the Living Trust of<br>Wanda Renault Hensley,<br><br>        Plaintiff,<br><br>    vs.<br><br>The County of Ventura,<br>and Jean L. Farley an<br>individual employed by<br>the County as a Chief<br>Deputy Public Defender;<br>Shoreline Care Center,<br>a State of California<br>regulated care center,<br>Cynthia Poulsen as<br>as Executive Director;<br>and Adam B. Sherman…<br>Doctor of Osteopathy a<br>Professional Corporation)<br><br>        Defendants. | Case No. ___2:1 4 - CV - 1 7 4 0 MCE DAD PS<br><br>**COMPLAINT FOR VIOLATION OF CIVIL RIGHT:**<br>**LIABILITY FOR PERSONAL INJURIES AND**<br>**DAMAGES FOR WRONGFUL DEATH AND THE**<br>**SURVIVAL FOR CAUSES OF ACTION**<br><br><br><br><br><br><br><br><br><br><br><br>Submitted: July        21,2014<br>Time: _____/_____<br>Courtroom: ____<br>501 I Street Sacramento, California<br>                                    95814 |

    Plaintiff, Gary Lee Hensley alleges.

    Gary Lee Hensley (Gary) dba *Electronic Systems Repair* (ESR),
appearing for Wanda Hensley as *Power of Attorney* via *California
Advance Health-Care Directive*; plus as *Grantor/Trustee* of the
*Living Trust of Wanda Renault Hensley* and as plaintiff/principal
herein, files a *Complaint for Violation of Civil Right*.        **1.**

• This action arises under *Federal Tort Claims Act, Section 2671* through 2689 of *Title 28* of the *United States Code*. This *Court* is vested with jurisdiction pursuit to *Section 1346(b) of Title 28 of the United States Code*. *California Penal Code Section 836.5* also gives a *Federal Court* jurisdiction over an individual/county employee for principal seizure and confinement. County liability is up held by *Title 42 United State Code Section 1983* of the *Civil Rights Act*, which provides for civil liability for deprivation of any right, privilege and immunities secured by the *United States Constitution*, the *California Constitution* and for any breach of the *Civil Right Act, Title 42, Section 1983*

• Title *28 U.S.C.A. of Section 1332(a)* (28 U.S.C.A. §1332(a)), allows a federal/district court to have original jurisdiction of all civil actions where the matter in controversy exceeds the required jurisdictional amount ($75,000), exclusive of interest and costs between citizens of different states; citizens of a state and citizens or subjects of a foreign State.

• Primary authority is authorized by *Title 28* of the *United States Code Section 1332(a)*, which holds liability via *Diversity of Citizen Jurisdiction*. Simply, when a citizen of *the United States of America* who is also a citizen in a foreign Country… *Brazil* located in *South America* in this instant case; then, legal liability imposes on a *County/State/Federal* employee for wrongful conduct and gross violation in administrating duty.

• Plaintiff Gary Lee Hensley (Gary), is the duly appointed, qualified and acting director for Wanda Renault Hensley (Wanda). I am named as Wanda's *Power of Attorney* via *California Advance Health-Care Directive* and as *Grantor/Trustee* of the *Living Trust of Wanda Renault Hensley*. Wanda passed in a manner alleged below on April 23,2013 at 9:20 p.m. leaving sons: Gary Lee Hensley (Gary), Terry Lou Hensley (Terry) and Barry Lyn Hensley (Barry). Thus, Gary is the plaintiff for principal Wanda Renault Hensley, and Terry and Barry are inert claimants. Gary files this *Civil Complaint* pursuit to *Article I, XIV and Civil Right Section 1983*, for damages and for the benefit Wanda and her surviving sons. **2.**

- Plaintiff Gary Lee Hensley (Gary) is now, and at all times mentioned in this *District Court Complaint* is in the electronic/electrical service business known and located at: *Electronic Systems Repair* (ESR) Post Office Box 1363, Ventura, California 93002-1363. On or about October 17,1978, Gary Lee Hensley launched his electronic/electrical service business.

- Gary Lee Hensley and Wanda Renault Hensley, and over a five year period (> 5yr.) lived in a low-income/life-time apartment, set up by the *City of San Buenaventura*. The address of the apartment is: 287 West Vince Street, Ventura, California 93001.

- The principal in this complaint is: Wanda Renault Hensley (Wanda). Wanda's maiden name is: Wanda Maria Renault. February 4,1923 is Wanda's birthday. *Recife, Pernambuco, Brazil*, which is located in *Copanana County, South of America* is Wanda's place of birth. Her ethnicity is: *French/Portuguese*. On August 8,1946, Wanda became a *United States* citizen…the port of entry was *New York City, New York State*. Wanda's *United States* resister number is: A6-538-946. Thus, Wanda holds dual citizenship…she is citizen of (both) *Brazil*, located in *South America*, and citizen of *United States of America*. On August 23,1949, James Franklin Hensley (James) and Wanda Renault married. On April 22,1983, James/Wanda remarried in the *City of San Bernardino, State of California*.

- It is alleged the identity, capacity, and the status of defendant one is: *The County of Ventura*, (County) is and at times mentioned in this complaint is a *State of California governmental* institution, with its principal place of business known as and located at: *The County of Ventura, Hall of Administration* 800 South Victoria Avenue, Ventura, California 93009.

- It is alleged the identity, capacity, and the status of defendant two is: Jean L. Farley (Jean) an individual employed by the *County of Ventura* as a *Chief Deputy Public Defender* who is known as and located at: Jean L. Farley a *Chief Deputy Public Defender, Hall of Justice*, 800 South Victoria Avenue, Room 207, Ventura, California 93009; Telephone: 805-654-3033. **3.**

## FIRST CAUSE OF ACTION
### (Illegal Seizure and Wrongful Detention)

• On or about October 24, 2012, Jean L. Farley (Jean) as a *Ventura County Chief Deputy Public Defender* seized and removed Wanda Renault Hensley (Wanda) from her 287 West Vince Street, Ventura, California 93001 apartment. Jean broke: Wanda Hensley's *Will*, since Wanda Hensley did not want to leave her *Vince Street* apartment. Plus, Wanda Renault Hensley's son – Gary did not want Wanda to leave, since Gary displayed to Jean and the attending police authorities, that I (Gary) have *Power of Attorney* via *California Advance Heath-Care Directive* (AH-CD); signed by two witnesses, signed by Wanda, and signed by Gary Lee Hensley. Thus, Gary controlled Wanda's *health care decisions*, via *California Probate Code Section 4701* (*Probate Code §4701*).

• In response Jean L. Farley said: "*Law does not apply*."

• Further, on said date, Jean took Wanda in a clandestine/ hostile fashion. Since Jean (first) took/hid Wanda in *Ventura County Medical Center*. Later, Jean hid Wanda at *Shoreline Care Center* located in *Port Hueneme, California*. Simply, Jean broke the *Law*: Moreover, Jean broke: *Community Memorial Hospital* (CMH) *Patient Discharge Instructions and Follow-Up Care Orders*. The *Doctor's Orders* were: Wanda rest during the day, since, on a prior day, Wanda had hip/ball joint surgery; that Wanda resume her previous…diet as tolerated; finally Wanda's only doctor prescribed medication was: *Hydrocodone/Acetaminophen*, at five milligram (5 milligram) of the *Hydrocodone* and 325 milligram (325 milligram) of the *Acetaminophen*.

• As a proximate and direct result of the circumstances and facts set forth above, Wanda Renault Hensley was deprived of her personal right for life, liberty and happiness. Wanda was also subject to severe and painful experiments at the time of her seizure and during her long-term (180 day) detention. Plus, Wanda Hensley suffered mental/physical harassment, anguish and medical abuse; and damages to her prejudice in the amount for thirty-five million dollars ($35,000,000.). **4.**

## FIRST CAUSE OF ACTION continued;
### (Illegal Seizure and Wrongful Detention)

• On May 14, 2013 and within the time allowed by *Section 901* and *Section 911.2* of the *California Government Code*, Gary filed a verified claim for *County* liability/damages…the claim number is 13500560…filed with the *Office of Clerk for the Board of Supervisors* which is located in the *Hall of Administration* 800 South Victoria Avenue, Ventura, California 93009; **Exhibit A.**

• It is alleged the identity, capacity, and the status of defendant three is: *Shoreline Care Center* (Shoreline), and at times mentioned in this complaint is a *California State* regulated care center/institution organized and existing under the laws of the *State of California*, with its principal place of business known as and located at: *Shoreline Care Center* 5225 South J Street, Oxnard, California 93033; Telephone: 805-488-3697.

• It is alleged the identity, capacity, and the status of defendant four is: Cynthia Poulsen (Poulsen), a registered nurse and the *Executive Director* of *Shoreline Care Center*. Poulsen is known as and located at: Cynthia Poulsen, a registered nurse and the *Executive Director* of *Shoreline Care Center* 5225 South J Street, Oxnard, California 93033; Telephone: 805-341-4328

• It is alleged the identity, capacity, and the status of defendant five is: Adam B. Sherman (Sherman) *Doctor of Osteopathy* and at times mentioned in this complaint is a *State of California Professional Corporation* known as and located at: Adam B. Sherman *Doctor of Osteopathy a Professional Corporation* 532 North Ventura Road, Oxnard, California 93030-4807; Telephone: 805-487-7000.

• At all times mentioned in this complaint, each of the named *defendants*: *The County of Ventura*, Jean L. Farley, *Shoreline Care Center*, Cynthia Poulsen and *Doctor* Adam B. Sherman…in a hostile/clandestine fashion, held and incarcerated Wanda Renault Hensley. Contrary to her *Will*, converse to many verbal and written demands by me - Gary Lee Hensley as Wanda Hensley's sole caretaker son to release Wanda…via *Community Memorial Hospital* (CMH) discharge orders and in control and custody to me - Gary Lee Hensley.   **5.**

## SECOND CAUSE OF ACTION
### (Medical Malpractice by Physician and Staff at Care Center)

• This *Cause Action* is up held by the *Federal Civil Rights
Act*, *Title 42 U.S.C.A.* and by *Section 1983* (§ 1983) as a remedy
for deprivation of a federally secured right. Simply, a claimant
must generally show a person or entity while acting under color
of state law committed a *Civil Right* breach.

• It is held: A *State-created* danger, which will support
liability via *Section 1983* for harm resulting from a private
actor's criminal assault on a victim, exists where. (**1**) The
harm suffered by the victim was foresessable and fairly direct.
(**2**) The government actor willfully disregarded the danger to
the victim safety. (**3**) There existed some relationship between
the *State* and the victim and. (**4**) The *State* actors used their
authority to create opportunity that otherwise would not
have existed for the third party's crime to occur.

• The key to the *State-created* danger theory lies in the
*State* actor's culpable knowledge and conduct in affirmatively
placing an individual in a position of danger, effectively
stripping a person of her ability to defend herself, in this
instant case, placing Wanda Hensley in medical abuse and harm.

• The second issue is: The two hundred fifty thousand dollar
($250,000.) cap that *plaintiff*-Gary can receive for noneconomic
damages in a medical malpractice lawsuits…the so-called "*pain
and suffering*" awards. On February 5,2014, the *Ventura County
Star Free Press* wrote: "*The two hundred fifty thousand dollar
cap ($250,000.) might quadruple (*4) to one million dollars
($1,000,000.) due to inflation.*"

• Note: The two hundred fifty thousand dollar ($250,000.) cap
was unchanged since it was established in 1975. The legislative
measure if adjusted for inflation, and date from the *United
States Bureau of Labor Statistic* shows the thirty eighty-year
($38_{yr}$.) of cumulative increases in the *Consumer Price Index*,
the inflation-adjusted value of $250,000, in 1975 dollars
is now nearly one point one million dollars ($1.1 million).   **6.**

## SECOND CAUSE OF ACTION Continued;
### (Medical Malpractice by Physician and Staff at Care Center)

• This *Cause of Action* is up held by the *Federal Tort Claims Act, Section 2671 through Section 2680 of Title 28 of the United States Code*. This *District Court* has civil jurisdiction via *Section 1346(b) of Title 28 of the United States Code*.

• Under *Tort Section* cutting off potential sources of private aid; in this instant case, Wanda Renault Hensley was seized and later evicted from her lifetime/low income contracted home - *City of San Buenaventura Housing Authority* home. In fact, not allowed to return, by *defendants*: *The County of Ventura*, Jean L. Farley, *Shoreline Care Center,* Cynthia Poulsen and *Doctor* Adam B. Sherman

• On December 11,2012, Wanda Renault Hensley signed a *Living Trust*; when Wanda wrote in paragraph one: I-Wanda Renault Hensley in *Ventura, California* and in the *County of Ventura* on this <u>11</u> day of December 2012, hereby transfer to myself and my son-Gary Lee Hensley [Gary], as *Grantor/Trustee* all real property that Gary and I have in monetary interest, and any property my son-Gary Lee Hensley and I have in joint title with my late husband - James Franklin Hensley [James]; **Exhibit B.**

• It then follows: Gary Lee Hensley <u>was not only</u> the natural caretaker son of Wanda; Wanda and Gary were appointed by Wanda as *Living Trustees*. If we add the fact Wanda Renault Hensley not only appointed Gary Hensley and herself as the *Living Trustees;* Wanda also named Gary Hensley and herself as *Grantor/Trustee*. Wanda Renault Hensley also declared. "*Property shall be held by Grantor/Trustee in the Trust Estate.*"

• Thus; Gary Lee Hensley has standing in all *Causes of Action* since Wanda/Gary Hensley are: *Living Trustees* as-well-as *Grantor/ Trustee* in Wanda Hensley and Gary Hensley's *Trust Estate*.

• *Defendant/Doctor* Adam B. Sherman and at times mentioned in this complaint is known as a *Doctor of Osteopathy*. Sherman is a *State of California Professional Corporation*, known as and located at: Adam B. Sherman D.O. *a Professional Corporation* 532 North Ventura Road, Oxnard, California 93030-4807.          **7.**

### SECOND CAUSE OF ACTION Continued;
#### (Medical Malpractice by Physician and Staff at Care Center)

- *Defendant/Doctor* Sherman is and was a health care provider; practicing medicine at *Shoreline Care Center*, and is an employee and/or an independent contractor of *defendant-Shoreline*, Adam B. Sherman as a *Doctor of Osteopathy is a Professional Corporation*.

- On November 3, 2012, I found Wanda at *Shoreline Care Center*. Wanda was on a purred diet, composed of pork, red meat products - beef and foods Wanda never ate. I instructed *defendants: The County of Ventura*, Jean L. Farley, *Shoreline Care Center*, Cynthia Poulsen and *Doctor* Adam B. Sherman: "*Wanda does not eat heavy red-meat products, or artificially prepared food.*"

- On October 25, 2012, *principal* Wanda Renault Hensley was in the control and custody of *Shoreline* and *Doctor* Adam B. Sherman. While under such control and custody, *principal* Wanda was (first) misdiagnosed, resulting in an eye infection known as: *White Eye Disease*. In fact, when I (Gary) arrived on November 3, 2012, I found Wanda Hensley in room seventeen-a (17a)…and she was sick.

- I - Gary Lee Hensley told the *Shoreline Care Center* staff, Wanda Hensley required an ophthalmic/antibody solution…a water-based solution to clean and remove the large amount of white artifacts in (both) Wanda's eyes. Simply, Wanda Hensley appeared to be wearing large white-rimmed glasses.

- In fact, Wanda's eyes were full of white artifacts. Note: A normal layperson walking by Wanda Renault Hensley's room - seventeen "a" (17a) would see something was seriously wrong.

- In response, *defendants: Shoreline Care Center*, Cynthia Poulsen and *Doctor* Adam B. Sherman prescribed an off-the-shelf eye lubricate. The lubricate had no effect on the microorganisms which incrusted/overran (both) of Wanda Renault Hensley's eyes.

- Note: It took a month and a half - October 25, 2012 through December 15, 2012; before *defendants: Shoreline*, Cynthia Poulsen and Adam B. Sherman first diagnosed Wanda's *White Eye* disease.

- On November 3, 2012 through December 15, 2012, I (Gary) solely managed and corrected Wanda's *White Eye Disease*.          **8.**

**SECOND CAUSE OF ACTION Continued;**
**(Medical Malpractice by Physician and Staff at Care Center)**

• On November 3,2012, and thereafter, Wanda Renault Hensley appeared sick. Wanda was (also) suffering, since she had many loose stools and diarrhea…too much *City of Oxnard* tap water in her diet. Wanda Renault Hensley also had many overanxious periods and stomach cramping, do to the improper diet – all contrary to Wanda's *Community Memorial Hospital* release orders.

• On November 19,2012, I found *Shoreline*, Cynthia Poulsen, and *Doctor* Adam B. Sherman were feeding Wanda heavy red-meat products at breakfast. I fact, every time I saw Wanda, Wanda appeared sick. In response, I drove from *Ventura* three times a day (*3 day) to feed Wanda breakfast, lunch and dinner. I took Wanda to the outside patio to enjoy the sunlight and made sure Wanda's eyes were clean of any and all microorganisms. I also took Wanda into the restroom to urinate, to defalcate… when Wanda Hensley needed to excrete waste food products.

• I-Gary Lee Hensley also, with a small hose attached to the common sixteen/seventeen bathroom sink and with warm water washed Wanda Hensley's lower body parts over the compound seat toilet.

• On November 19,2012, at or about 11:00 a.m. I-Gary Hensley saw Wanda had many bandages or her right arm, covering a large right-arm scratch. On November 27,2012, at or about 9:00 a.m. I noticed Wanda had many bandages on her left hand and on her fingers. At or about 9:10 a.m. one bandage was falling off, I (Gary) could see the skin cut was not small and was very deep. In fact, I could see Wanda Hensley's internal finger bone.

• On November 30,2012, at or about 10:00 a.m. Wanda had three bandages on her right hand and fingers. One bandage was on her right hand and two bandages were on her index finger. On or about the same time, Wanda's index finger bandage was coming off…then I saw a large cut on her index finger. Simply, the index finger cut was not small and very deep…nearly bone deep.

• On December 13,2012, at or about 7:50 p.m. I received a telephone call from a *Shoreline Care Center* medical nurse.     **9.**

## SECOND CAUSE OF ACTION Continued;
### (Medical Malpractice by Physician and Staff at Care Center)

• The *Shoreline Care Center* medical nurse declared Wanda fell off the rear/foot-end of her bed at or about 7:45 p.m.

• On December 16,2012, I arrived at or about 5:00 p.m. to see Wanda, when I saw a food deposit on her right upper shoulder. At first, I could not determine where the food deposit came from.

• At 5:10 p.m. Wanda regurgitated over three ounces (*3oz.) of tap water processed food. In fact, the second (2nd) deposit contained a six centimeter long (6cm), by a two centimeter wide (2cm) hot-dog shaped reddish/bluish blood glob. I displayed the blood glob to the then attending *Shoreline Care Center* nurse.

• On December 21,2012, at or about 6:30 p.m. I got a small alcohol cleaning cloth from my vehicle and wiped the backside of a metal door handle that went into the banquet room. I displayed the dirt/grease filled cloth to on-duty *Shoreline Care Center* nurse and told the hall nurse the clearing cloth had large amount of human dirt/grease that came from the banquet room handle. I instructed the hall nurse that any place where a person/individual could reach, grab and/or touch…simply the door handles, the chairs, tables, beds, bed rails, the exercise equipment and hallway rails were all contaminated with dirt, grease and human feces.

• On December 21,2013, I saw an open-air protein drink on a medical cart, which contained a milk product, the milk/protein drink was not contained in ice, and told a nurse it was a clear violation of a *State of California Department Health* regulation.

• It is held: The *Shoreline* staff and Cynthia Poulsen had fecal matter residue on their hands when they changed the under pants (diapers), clothes, sheets, and blankets of their patients. Simply, *principal* Wanda Renault Hensley was denied restroom access when she needed to urinate/defecate. Instead, the response was: "*We - [the Staff] do not help patients into restroom, since we make the patients defecate in they diapers and/or make the patients defecate while on their bed.*" **10.**

**SECOND CAUSE OF ACTION Continued;**
**(Medical Malpractice by Physician and Staff at Care Center)**

• Simply, the *Shoreline Care Center* staff had fecal residue, especially under their finger nails. Since the medical staff who changed the diapers/garments of their patents, where the same staff who fed and supplied medications to their patents.

• On December 12, 2012, I wrote and filed a **Urgent Request** with the *State of California Department of Public Health*, located at: 1889 North Rice Avenue; Suite 200, Oxnard, California 93036; Telephone Number: 805-604-2926; Facsimile Number: 805-604-2997. That I - Gary have physical control and the *Department of Public Health* return my mother - Wanda Renault Hensley in my care and custody via Wanda's *California Advance Health-Care Directive*; pursuit to *C.M.H. Patient Discharge Instructions* and pursuit the *Arbitration Agreement* I signed with Cynthia Poulsen.

• On December 23, 2012 I (Gary) went into the common sixteen/seventeen restroom, and found fecal matter on the toilet, fecal matter on the paper dispenser and fecal matter on the walls of the common sixteen/seventeen (16/17) restroom. Soon thereafter, an outbreak of *Gastroenteritis* (stomach flu) develop in the whole *Shoreline Care Center* facility. I instructed the *Shoreline Care Center* staff, they had a serious problem with fecal matter getting into the water/food and medical supply.

• On December 26, 2012, at or about 6:00 p.m. I found Wanda had an elastic ten-inch wide (10inch) experimental stomach strap pressing on her stomach. Wanda was trying to take off the elastic strap since it was causing her anxiety and great pain. Plus, the elastic strap made it hard for Wanda to breathe naturally and take in oxygen. Wanda Renault Hensley relaxed when I (Gary) took off the elastic/experimental stomach strap.

• On or about December 26, 2012, Cynthia Poulsen evicted me (Gary) out of the *Shoreline Care Center* facility. Although, during the prior November/December months, I (Gary) took Wanda to the backyard patio…to enjoy the sunlight, and made sure Wanda's eyes were clean of all microorganisms.  **11.**

**SECOND CAUSE OF ACTION Continued;**
**(Medical Malpractice by Physician and Staff at Care Center)**

• I fed Wanda Renault Hensley every meal, and took Wanda into the common sixteen/seventeen (16/17) restroom when she needed to urinate and/or defalcate in the raised/compound-seat toilet.

• It is my belief: Human waste should go into a toilet. Conversely, *defendants* made Wanda shit in her street clothes.

• On December 26,2012 and thereafter, *defendants*: *Shoreline,* Jean L. Farley, Cynthia Poulsen and Adam B. Sherman unlawfully, forcibly, maliciously restrained/imprisoned and deprived Wanda of her civil liberties. Simply, contrary to Wanda Hensley's *Will*, until her premature passing on April 23,2013 at 9:20 p.m.

• *Defendants*: *The County of Ventura*, *Shoreline Care Center*, Jean L. Farley, Cynthia Poulsen and *Doctor* Adam B. Sherman, without any legal authority to do so, willfully and maliciously made repeated threats of physical violence. In fact, *defendant* Cynthia Poulsen proclaimed: "*I got a cell phone with a quick call button to call the police*." Cynthia Poulsen also proclaimed: "*I am pressing the [quick call] button now*."

• On or about December 26,2012, I (Gary) got a telephone call from my brother-Barry that I missed a *Court* date and warrant for my arrest is open. Actually, that was no *Court* date on calendar. Instead, it was Cynthia Poulsen who issued an arrest warrant when she pressed her quick call button. I (Gary) spent five days (5 days) in the *Ventura County* jail do to Cynthia Poulsen action.

• Due to the threats of physical violence and confinement of Wanda Hensley and Gary Hensley, by *defendants*: *Shoreline Care Center,* Jean L. Farley, Cynthia Poulsen and Adam B. Sherman; *plaintiff*-Gary Lee Hensley was hindered and prevented from performing necessary (prior appointment) business affairs.

• On December 27,2012, I wrote and filed a second **Urgent Request** with the *State of California Department of Public Health* of the many *Health Code* violations at *Shoreline Care Center*. A *State of California Health* person/individual made at least two (*2) visits to correct the problems at the *Shoreline* facility. **12.**

**SECOND CAUSE OF ACTION Continued;**
**(Medical Malpractice by Physician and Staff at Care Center)**

- On or about January 26,2013, Barry Lyn Hensley (Barry) made a telephone call and while speaking in an unintelligible and gabled way, declared: "***The Shoreline staff are drugging mom***."

- I (Gary) drove from *Ventura City* to *Shoreline*, parked, and went inside the facility. I (Gary) went to room seventeen (17a), where Wanda normally resides, however, Wanda was not in her room-seventeen(a) (17a). I (Gary) then sought Wanda, however, I could not find her. Cynthia Poulsen appeared and proclaimed: "*Wanda is in the building*." Then Cynthia Poulsen made a threatening demand: "***You must leave right now***." Since, "*I will call the police*."

- Another problem the *Shoreline Medical Staff* caused; other then the December/January 2012/2013 outbreak of *Gastroenteritis* (stomach flu) was the infliction of a cold/viral pneumonia on their patients. After the patients took a shower, the employees did not dry their patients. Simply, the patients were wheel-out in their transfer chairs, from the shower cold and wet, without a cloth or towel, and patients stayed wet in the hallway. Wanda's *Ventura County Certificate of Death* displays in Section 107(B) (*Cause of Death*) was an *Unspecified Type of Viral Pneumonia*. However, and over a prior thirty-year (> 30 year) history, Wanda never caught a cold virus or pneumonia. Since, Wanda Hensley and Gary Hensley practiced in-home holistic health.

- It is held: On or about January 14,2013, Wanda was being drugged against her *Will*, contrary to *Community Memorial Hospital (CMH) Patient Discharge Instructions and Follow-Up Care Orders*. Without notice to (both) Wanda's *Primary Care Physician - Doctor Khozema Campwala* and against my (Gary) prescribed care…pursuit to *California Advance Heath-Care Directive*. Simply, Wanda had an adverse reaction to the drug - *Seroquel*. Since Wanda always decreed: "***Do not drug me, since I do not want to be drugged***."

- *Defendants*: *The County of Ventura, Shoreline,* Jean L. Farley Cynthia Poulsen and *Doctor* Sherman illegally, fed or injected Wanda with *Seroquel* - a fifty-minigram (50 mg) daily dose.  **13.**

## SECOND CAUSE OF ACTION Continued;
### (Medical Malpractice by Physician and Staff at Care Center)

• Note: The drug *Seroquel* is known to cause, among other dangerous side effects - **Sudden Cardiac Death**.

• Simply, Wanda had two forms (*2) of self-formed involuntary sign language. When Wanda was hungry, she would grab her bed sheets and try to put the sheets in her month. To defecate, Wanda, would reach upwards with her hands/arms. The two sets of self-formed sign language, were quickly solved by giving Wanda a natural home food. In order to defecate, I would grab Wanda's transport chair, wheel her into the restroom and then help her onto the toilet. I (Gary) would use the natural water-based method at Wanda's rear-end orifice in order to start defecation.

• Note: During the last quarter of 2012, a *San Buenaventura Housing* manager-David Montes and a paper-serving attorney for James R. Dearkland; by many unannounced door knocks on Wanda's apartment door and in a biweekly schedule, caused her to get up from her bed. Simply, the excessive door knocks confused Wanda. Which in time, led to Wanda's broken hip, since when I (Gary) found Wanda Hensley on the living room floor, Wanda declared: "*Some One is After Me*." See *Claim For Damages - Claim Number 3409*, filed with the *City of Ventura* on November 5,2012.

• Because of the negligence, carelessness and the medical malpractice of *defendants: The County of Ventura*, Jean L. Farley, *Shoreline*, Cynthia Poulsen and *Doctor* Adam B. Sherman…all caused ill-reversal harm to Wanda. Plus, a former *San Buenaventura City Housing* manager – David Montes and a paper-serving attorney, caused gross confusion into the mind of Wanda Renault Hensley.

• Later, Wanda got complete medical treatment at *Community Memorial Hospital*. On or about October 25,2012, and thereafter, *defendants*: *The County of Ventura*, Jean L. Farley, *Shoreline*, Cynthia Poulsen and *Doctor* Adam B. Sherman and by their illegal criminal *Will* and desire, caused Wanda Renault Hensley to suffer neurological injuries, permanent physical and mental damage. **14.**

## THIRD CAUSE OF ACTION
### (Intentional and Deliberate Misrepresentation)

• Plaintiff re-alleges and incorporate by reference each and every of the paragraphs in the *First/Second Cause of Action*.

• Plaintiff is informed and believes, each of the defendants is grossly negligently or otherwise legally responsible for the events and happenings referred in this complaint. *Defendants* negligently or otherwise caused the injuries and damages to principal Wanda Hensley and to plaintiff Gary Hensley.

• At all times mentioned in this complaint, each of the defendants was the agent, employee and/or the joint conspirators of the other named defendants. Plus, in doing the things alleged in this complaint, defendants were acting within the scope of an agency, a governmental body, a facility, and/or as a corporation.

• On or about April 29,2013, *defendant/doctor* Adam B. Sherman issued a *Ventura County Certificate of Death*…registration number 3201356001719, stating Wanda Renault Hensley (Wanda) died on April 23,2013, at 9:20 p.m. Plus, Wanda died in *Shoreline Care Center* located at: 5225 South J Street, Oxnard, California. The *Certificate* lists the cause of death as: *Acute Respiratory Distress*; an *Unspecified Type of Viral Pneumonia* and *Senile Dementia*. Wanda also (supposedly) had a condition know as *Osteoarthritis Hypertension* that did not contributed to her death, but resulted in the underlying cause of death.

• When Adam B. Sherman filled out the *Certificate of Death*, he falsely listed the cause(s) of death and falsely listed the underlying elements. In fact, he knew the lies in his findings, and tried to cover up and made false representations with the intent to hide the true cause of death. Simply, to cover-up and/or to change the cause of death, in which Adam B. Sherman, Jean L. Farley, *Shoreline* and Poulsen would not held liable.

• Wanda Renault Hensley's true cause of death was: A *Seroquel overdose*. In fact, a fifty-minigram (50 mg) daily dose of the drug *Seroquel*…*Seroquel* is known to cause *Sudden Cardiac Death*. **15.**

### THIRD CAUSE OF ACTION Continued;
### (Intentional and Deliberate Misrepresentation)

• It is held: *Seroquel* is an anti-psychotic drug, which has, among dangerous and common side effects: Drowsiness, dizziness, weight gain, headache, constipation, running nose, dry mouth, restlessness, anxiety, tremor, drooling, difficulty in urinating, incontinence, sexual dysfunction, and increased skin sensitivity. Aside of the above-cited side effects, the ones which a caused a problem upon Wanda Renault Hensley's health, well being, and which, caused *Doctor* Sherman, the *Shoreline* facility and staff to lose her life was: Constipation, restlessness and anxiety. Conversely, it is known well and wide, Wanda and Gary Hensley practiced, in a normal home environment, in-home holistic health.

• When Wanda needed to defecate, she would reach upwards with her hands and arms. Conversely, the *Shoreline* staff used *Seroquel* that made a prior non-constipation issue, into a gross problem. Since, Wanda could not control the constipation issue, due to the fact the *Shoreline Care Center* staff made many mistakes in feeding Wanda foods that she never ate. In fact, the *Shoreline* staff fed Wanda pork - brown in color and beef. Thus, Wanda was highly constipated…with toxic waste in her descending colon…no wonder she was restless and had anxiety. Simply, Wanda required a toilet to defecate. Plus, in the last quarter 2012, I (Gary) displayed to the than attending nurse, first: Transport Wanda into a restroom. Second: Help lift Wanda onto the compound/ raised-seat toilet to defecate. Conversely, the staff refused to implement said restroom practice on Wanda Renault Hensley.

• *The County of Ventura*, Jean L. Farley, *Shoreline*, Cynthia Poulsen and *Doctor* Adam B. Sherman refused to remove the surplus *Oxnard City* tap water from Wanda's pureed diet. I (Gary) made repeated requests to the *defendants* to remove the surplus tap water contained in Wanda's breakfast, lunch and dinner food. The response was: "*We do not remove excess water from pureed food.*" Note: In Wanda's case, surplus *City of Oxnard* tap water in food causes digestive problems simply, watery stools and diarrhea. **16.**

## THIRD CAUSE OF ACTION Continued;
### (Intentional and Deliberate Misrepresentation)

- On or about December 16/18,2012, Wanda had many problems with very loose stool and diarrhea. Again the cause, as stated above, too much *City of Oxnard* tap water in Wanda's pureed food. During the December month I (Gary) took Wanda into the common sixteen/seventeen restroom, removed her clothes/under pants and hosed-washed Wanda over the compound/raised-seat toilet. Since, Wanda was a mess, the cause: Too much *City of Oxnard* tap water in her diet. I (Gary) made repeated requests to the staff to remove the surplus tap water in her breakfast, lunch and dinner food.

- On or about December 26,2012, the *Shoreline* staff installed an experimental mid-body strap on Wanda Hensley, when it was best to: Remove surplus *Oxnard City* tap water from Wanda's diet, or in its discretion, hand Wanda a small cup of: *Alka-Seltzer* water. *Conversely*, *The County of Ventura*, Jean L. Farley, *Shoreline*, Cynthia Poulsen and *Doctor* Adam B. Sherman force-fed/injected Wanda with a daily fifty-minigram dose (50 mg) of an artificial /dangerous drug – *Seroquel*. In fact, the *defendants* knew during the last of 2012, they had a serious problem by dosing Wanda with *Seroquel*. Simply, during the month of January 2013, When I (Gary) could not find Wanda; she must have developed a breathing problem that she was in intensive care, was in oxygen ($0_2$) therapy, due to a daily fifty-minigram (50 mg) dose of the drug – *Seroquel*.

- On or about January 26,2013, my brother Barry Lyn Hensley (Barry) called and told me: "*Shoreline* and staff moved Wanda from her normal room seventeen (17a) to room fifty-six (56a)." Barry declared: "*They moved Wanda since, during the middle of the night Wanda would call out my [short] name-Ga; Ga; Ga; Ga; and/or Lee; Lee*." Note: Ga; Ga; is my short name for Gary, and Lee; Lee; is my middle name…my full name is - Gary Lee Hensley. *The County of Ventura*, Jean L. Farley, *Shoreline*, Cynthia Poulsen and Adam B. Sherman, refused to call me when Wanda demanded my companionship.

- Simply, Wanda Hensley voiced my short name: *Ga, Ga; Lee; Lee*; and cried out for my company, care and my medical help. **17.**

### THIRD CAUSE OF ACTION Continued;
### (Intentional and Deliberate Misrepresentation)

• Defendant - Jean L. Farley (Jean) as a *Ventura County Chief Deputy Public Defender* began the intentional and deliberate misrepresentation. Jean L. Farley without a warrant and without legal authority from the *Ventura County District Attorney's Office*, when she seized/removed Wanda Renault Hensley from her 287 West Vince Street, Ventura, California apartment. On October 25,2012, Jean moved, hid, and imprisoned Wanda Hensley in *Shoreline Care Center* located in *Port Hueneme, California.*

• Defendants: *The County of Ventura, Shoreline Care Center,* Cynthia Poulsen and *Doctor* Adam B. Sherman continued what Jean L. Farley began which was to deny Wanda Hensley's *United States* right to life, liberty and the pursuit of happiness. *Ventura County* liability is authorized by *Title 42 United State Code Section 1983* of the *Civil Rights Act,* which provides for civil liability for deprivation of any right, privilege and immunities secured by the *United States Constitution,* the *California Constitution, Federal* law and *State of California* law.

• On October 25,2012, a *Ventura County Notary Public* signed his name and placed his *State of California, County of Ventura Notary Seal* on a document known as: *California Advance Health-Care Directive* (AH-CD)...up held by *California Probate Code Section 4701* (Probate §4701). The verified document gives Gary Hensley *Power of Attorney* of the *health care decisions* of his mother - Wanda Renault Hensley. The verified and certified *health-care* document is made part of this pleading and attached as **Exhibit C.**

• Defendants: *The County of Ventura,* Jean L. Farley, *Shoreline Care Center,* Cynthia Poulsen and *Doctor* Adam B. Sherman failed and refused to tender performance as mandated by the persons who originally signed the certified *health-care* document. The persons who are relevant, along with the witnesses signatures is principal Wanda Hensley and plaintiff Gary Lee Hensley as Wanda Renault Hensley's sole caretaker son, as *Power of Attorney* and as Wanda's duly-appointed *health-care provider.*   **18.**

**THIRD CAUSE OF ACTION Continued;**
**(Intentional and Deliberate Misrepresentation)**

• When defendants made representations concerning Wanda only had to stay at *Shoreline* during a short-term/one-month physical rehabilitation, I (Gary Hensley) had no reasonable ground in believing the representations were false. In addition, it is held, defendants knew of the false representations with the intent to induce plaintiff to allow Wanda Hensley to stay at *Shoreline* facility, so defendants could illegally drug her, give her foods which contained *City of Oxnard* tap water, and cause her to suffer humiliation by denying the use of a toilet. Thus, causing Wanda to urinate/defecate in her street clothes, urinate/defecate in her under pants (diapers), and/or urinate/defecate on her bed.

• If plaintiff known Wanda Renault Hensley's true cause of death was a *Seroquel* overdose, Gary would took Wanda out of the facility soon after Wanda Hensley's short-term/one-month physical rehabilitation. If Gary known the false representations of the defendants, I (Gary) would not allowed such defeasance to go on. Conversely, *defendants* - Farley and Poulsen, along with the other staff members, without any legal authority to do so, willfully and maliciously made repeated threats of physical violence.

• Simply, *defendants*: *The County of Ventura*, Jean L. Farley, *Shoreline Care Center,* Cynthia Poulsen and *Doctor* Adam B. Sherman wanted to seize Wanda's *direct deposit Robobank* savings account, to use Wanda's savings for them shelves. Plus, to deny her right to real property, that she bought from her husband in 1970. In fact, contrary to a *Court Trail* judgment in *Superior Court Case Number 126721*. The *Quiet Title* and the final *Court Trial* judgment is made part of this pleading and attached as **Exhibit D.**

• *Defendants*: *The County of Ventura*, Jean L. Farley, *Shoreline* Cynthia Poulsen and Adam B. Sherman acted as joint conspirators. Plus, in doing the things alleged in this complaint, defendants were acting within the scope/course of an agency, a governmental body, a facility, and/or as an active/default corporation.     **19.**

## FOURTH CAUSE OF ACTION
### (Wrongful Death)

- Plaintiff re-alleges and incorporates by reference each and every of the paragraphs in the *First/Second/Third Cause of Action*

- Plaintiff, Gary Lee Hensley, is duly appointed, qualified, and the *Power of Attorney* for Wanda Renault Hensley. Thus, Gary is Wanda's *health-care provider* via *California Advance Health-Care Directive* (AH-CD)…up held by *California Probate Code Section 4701 (Probate §4701)*. The *health-care document* gives Gary Hensley *Power of Attorney*, and authorizes him to make the legal and sole health-care decisions of his mother - Wanda Renault Hensley.

- In fact, on October 17,2012, a *Ventura City Police Officer*-J. Queszada (Badge No. 282) telephoned a *Ventura County Superior Court* judge, and made an oral *Motion for a Protective/Restraining Order*. Conversely, the judge after listening to all the facts and circumstances presented by *Officer* Queszada denied the *Officer's Motion for a Protective/Restraining Order* on me-Gary Lee Hensley.

- Currently, the only surviving sons of Wanda Renault Hensley are: Gary Lee Hensley, Terry Lou Hensley and Barry Lyn Hensley. Thus, Gary Lee Hensley is the plaintiff for Wanda Renault Hensley and Terry Lou Hensley and Barry Lyn Hensley are inert claimants.

- Defendants named in this *District Court Complaint*, are now, and at times mentioned, are: A governmental entity - *The County of Ventura*, Jean L. Farley as a *Chief Deputy Public Defender*, *Shoreline Care Center*, Cynthia Poulsen as *Executive Director*, and *Doctor* Adam B. Sherman…named as *Doctor of Osteopathy* and as a *State of California Professional Corporation*.

- On or about October 24,2012, Jean L. Farley (Jean) as a *Ventura County Chief Deputy Public Defender* seized, took and removed Wanda Renault Hensley from her 287 West Vince Street, Ventura, California apartment. Later, Jean moved, hid and imprisoned Wanda Hensley in *Shoreline Care Center*. Then defendants: *The County of Ventura*, Jean L. Farley, *Shoreline*, Cynthia Poulsen and *Doctor* Adam B. Sherman illegally held Wanda, contrary to both her *Will* and Gary's *Power of Attorney Will*. **20.**

## FOURTH CAUSE OF ACTION Continued;
### (Wrongful Death)

• On or about April 29,2013, *defendant/doctor* Adam B. Sherman issued a *Ventura County Certificate of Death*…registration number 3201356001719, stating Wanda Renault Hensley (Wanda) died on April 23,2013, at 9:20 p.m. Plus, **Wanda died in *Shoreline Care Center*** located at: 5225 South J Street, Oxnard, California.

• Beginning on or about January 14,2013, till the passing of Wanda on April 23,2013, *defendants*: *The County of Ventura*, Jean L. Farley, *Shoreline Care Center*, Cynthia Poulsen, *Doctor* Adam B. Sherman and the staff forced-fed Wanda Hensley a daily fifty-minigram (50mg) dose of an artificial/dangerous drug known as – *Seroquel*…*Seroquel* is known to cause *Sudden Cardiac Death*.

• Beginning on or about November 3,2012, Wanda was on a tap water pureed diet, composed of pork – brown in color and red beef I (Gary) instructed the *Shoreline* food/kitchen staff; Wanda <u>does not</u> eat pork, red-meat products, or drink tap water. The pork, the beef, along with the *Oxnard City* tap water pureed diet, and the drug – *Seroquel* forced into the body/person of Wanda Hensley resulted in her premature death on April 23,2013 at 9:20 p.m.

• On or before April 23,2013, Wanda Renault Hensley's health and well being, was good. Illegally, *The County of Ventura*, Jean L. Farley, *Shoreline*, Cynthia Poulsen and *Doctor* Adam B. Sherman, caused Wanda Renault Hensley to lose her life was: A daily drug – *Seroquel* dose (50 mg), a *City of Oxnard* tap water pureed diet, and pork and beef in her diet. Simply, Wanda Renault Hensley was food/water and drug poisoned by her original captor – Jean L. Farley, and by the above-named person/entities.

• As a direct and proximate result of the death of principal Wanda Renault Hensley, the decedent's sons have been deprived of Wanda Hensley's future support, love, care, comfort, affection, society, presence, companionship, protection, and the sons lost her consortium. Thus, Gary Lee Hensley, as *plaintiff* and *health-care provider*, Terry Lou Hensley and Barry Lyn Hensley as inert claimants suffered over a seventy-five thousand dollar loss. **21.**

## FIFTH CAUSE OF ACTION
### (Survival for Causes of Action)

• Plaintiff re-alleges and incorporates by reference each and every of the paragraphs in the *First; Second; Third and Fourth Cause of Action*.

• Because of the passing of Wanda Hensley, Gary Lee Hensley, Terry Lou Hensley and Barry Lyn Hensley incurred costs: Medical, hospital, bank jump fees, and travel related expenses in the amount of over five thousand dollars (>$5,000). Plus, vehicle related expenses such as: Fuel, oil, vehicle repair and related expenses in the amount of over five thousand dollars (>$5,000).

• As a further direct and proximate result of the death of Wanda Renault Hensley, the decedent's sons paid and incurred funeral/cremation expenses…to date **over one thousand dollars**.

• Wanda Hensley's *Certificate of Death* states Wanda had *an Unspecified Type of Viral Pneumonia*. However, and over (a prior) thirty-year history (> 30yr.) Wanda never caught a cold virus or pneumonia. Since, Wanda Hensley and Gary Hensley practiced in-home holistic health. It is held: If Wanda caught a cold, the flu, or *Pneumonia*, it was direct result of the name defendants: *The County of Ventura*, Jean L. Farley, *Shoreline Care Center*, Cynthia Poulsen, and *Doctor* Adam B. Sherman.

• Since, and after the patients took a shower, the staff did not dry their patients. Simply, the patients were wheel-out wet in their transfer chairs, from the shower cold and wet, without a use of a cloth or towel and patients stayed wet in the hallway.

• In fact, before I (Gary) was kicked-off of the *Shoreline* facility, I saw Wanda after a shower, where she was wheel-out wet in her transfer chair. Wanda complained, since her hair was wet and she was cold. Thus, it was the above-named defendant's fault if Wanda Hensley got an *Unspecified Type of Viral Pneumonia* in which contributed to her death on April 23,2013. Conversely, and over a prior thirty-year history (> 30 years) Wanda never caught the flu, a cold virus or pneumonia, since Wanda Hensley and Gary Hensley practiced natural in home holistic health.   **22.**

### FIFTH CAUSE OF ACTION Continued;
### (Survival for Causes of Action)

• On or about April 23,2013, the *Shoreline Care Center* staff called – Barry Lyn Hensley (Barry) and told him: Wanda was having complications. Barry got in his vehicle and drove from the (near) *Canadian* border, south to *Tehama County* (*Corning*, *California*) when he received a second call from the *Shoreline staff…the staff* said: "*Wanda Renault Hensley died on April 23,2013 at 9:20 p.m.*"

• Wanda was highly constipated, with toxic waste – pork and beef artifacts in her descending colon…no wonder Wanda was rest less and had anxiety. Simply, defendants did not follow her surgeon's orders: "*Wanda resume her previous…diet as tolerated.*" Plus, Wanda wanted to see her son-Gary, since she loved family, however, defendants: *The County of Ventura*, Jean L. Farley, *Shoreline*, Cynthia Poulsen and *Doctor* Adam B. Sherman denied visitation. Plus, Wanda Renault Hensley always proclaimed: "*Do not give me drugs, since I do not want to be drugged.*"

• During the first week of January 2013, the *Shoreline* staff, moved Wanda from room seventeen (17a) to room fifty-six (56c). Room fifty-six (56c) is in a locked/secured area in the facility.

• Due to the named defendant's wrongful acts and omissions; especially in falsifying a *Certificate of Death;* since the true cause of death is: Wanda Renault Hensley was dosed with *Seroquel…* a fifty minigram (50mg) dose. Plus, tap water/food poisoned by defendants and illegally drugged by *Doctor* Adam B. Sherman. *Plaintiff* – Gary is entitled to recover punitive and exemplary damages for one hundred seventy million dollars ($170,000,000.).

**Therefore:** *Plaintiff* requests one hundred seventy million dollars in damages; the April 29,2013 issued *Certificate of Death* is revised: Wanda Renault Hensley died due a *Seroquel* overdose… the drug is known to cause *Sudden Cardiac Death*; Wanda had too much contaminated tap water in her food, a non-tolerated food diet; a staff inflicted cold; and Wanda was not confused since she was *smart as a whip*, when son-Gary Hensley was at her side.

Date: July 21,2014    Gary Lee Hensley

Gary Lee Hensley (proprietor/son) **23.**

| Short Title of Case Gary Lee Hensley vs<br>The County of Ventura el al | Case Number |
|---|---|

**Original**

### VERIFICATION   (INDIVIDUAL)

In the above entitled action , I am the ☒ Plaintiff/Petitioner   ☐ Defendant/Respondent

I have read and know the contents of the foregoing

☒ Complaint/Petition   ☐ Cross complaint

☐ Answer/Response   ☐ Other _____

The matters stated in the foregoing document are true of my own knowledge, except as to the matters that are stated on my information or belief and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on (date): July 2ſ 2014 _____

at (City): Ventura _____ , California.

Gary Lee Hensley
_____
Type or print name

_____
Signature

RECEIVED
MAY 1 4 2013
OFFICE OF CLERK
BOARD OF SUPERVISORS

13500560

**COUNTY OF VENTURA**
**STATE OF CALIFORNIA**
**CLAIM FOR DAMAGE AND INJURY**

**CLAIMANT**
Gary Lee Hensley
Post Office Box 1363
Ventura, California 93002-1363

**DATE OF BIRTH**
April 20,1951
**TELEPHONE**
805-652-1340

**NOTIFICATION**
dba Electronic Systems Repair Post Office Box 1363 Ventura, Ca. 93002-1363

**ADDRESS**
dba Electronic Systems Repair Post Office Box 1363 Ventura, Ca. 93002-1363

**PLACE OF ACCIDENT**
287 West Vince Street, Ventura, California 93001;
Hall of Justice Room 207 800 South Victoria Avenue Ventura, California 93009
Shoreline Care Center 5225 South J Street, Oxnard, California 93030.

**DATE. OF ACCIDENT**
October 24,2012 through April 23,2013

**TIME OF ACCIDENT**
9:10 p.m.

**PERSONAL INJURY**

**NAME OF PRINCIPAL**
Wanda Renault Hensley

**DATE OF BIRTH/AGE**
February 23,1923

**ADDRESS OF PRINCIPAL**
287 West Vince Street, Ventura, California 93001

**CLAIM FOR INJURY**
On October 24,2012, Jean L. Farley (Jean) as a *Ventura County Chief Deputy Public Defender* seized/apprehended Wanda Renault Hensley (Wanda) from her 287 West Vince Street, Ventura, California apartment. Jean L. Farley broken *Ancestor Law*. Jean also broke: Wanda Renault Hensley's *Will*, since Wanda did not want to leave her *Vince Street* apartment. Plus, Wanda's son – Gary Lee Hensley (Gary) did not want Wanda to leave, since Gary displayed to Jean and the police authorities, that I (Gary) had *Power of Attorney* pursuit to *California Advance Heath-Care Directive* (CA.H-CD); signed by two witness, signed by Wanda, and signed by Gary Lee Hensley. Thus, Gary controlled Wanda's *Health Care Decisions*, pursuit to *Ca. Probate Code Section 4701*.

Jean Farley said in reply: "Law does not apply." Note: Former *Ventura County Superior Court Judge*—Melinda A. Johnson said (*3): "Law does not apply since this is Probate Court." Honorable Melinda A. Johnson was disbarred on or about September 23,2002.

Further, on said date, Jean took Wanda in a factious/clandestine fashion. Since Jean (first) took/hid Wanda in *Ventura County Medical Center*. Later, Jean hid Wanda at *Shoreline Care Center* located in *Port Hueneme, California.* Simply, Jean broke the *Law*: Moreover, Jean broke: *Community Memorial Hospital* (CMH) *Patient Discharge Instructions and Follow-Up Care Orders.* The *Doctor's Orders* were: Wanda rest during the day, since, on a prior      1.

A₁

date, Wanda just had hip/ball joint surgery; that Wanda resume her previous...diet as tolerated; finally Wanda's only doctor prescribed medication was: *Hydrocodone/Acetaminophen*, at five milligram (5 mil.gm.) of the *Hydrocodone* and 325 milligram (325 mil.gm.) of the *Acetaminophen*.

## LIABILITY

Do to Jean L. Farley's illegal seizure/clandestine activity, Wanda Renault Hensley passed on April 23,2013 at 9:10 p.m.

Due to a non-*Community Memorial Hospital* (CMH) doctor order; nor through a non-*Primary Doctor* prescribed medication, nor through Gary's non-prescribed medication...pursuit to *California Directive*...and due to a illegal twenty-five minigram (25 mil.gm.) overdose of *Seroquel* (anti-psychotic)...in which may cause *Sudden Cardiac Death*, or in Wanda's case-*Acute Respiratory Distress,* Wanda Renault Hensley passed on April 23,2013 at a non-home, foreign place/person institution. When all Wanda needed was to be placed in a natural home environment with family members present. Alternatively, as requested many times by written demands and prior *Care Center* visits, a Motel 6 handicap room environment.

However, Jean L. Farley as a *Ventura County Chief Deputy* Public *Defender*, she (Jean) denied all the *Community Memorial Hospital Doctor Discharge Orders as* well all family/primary care doctor's orders/recommendations. Upon on the October 24,2012 illegal seizure of Wanda, Jean L. Farley said: "Law does not apply."

Simply, Jean L. Farley went *Above the Law* of our ancestors. For some grandiose/non-grievous money grab of Wanda Renault Hensley's *Robobank, N.A. savings account number 9430913016*, in which (now) contains zero dollars ($0.00). In fact, Jean L. Farley said many times inside the *Ventura County Courthouse*: "Gary only wants Wanda to live in order to live off of *Wanda's Social Security Income* as well her *Supplemental Social Security Insurance*.

## AMOUNT OF CLAIM

The total damages of this date are $35,000,000, for false seizure/authority.
The estimated amount of future damages is $135,000,000, for lost of physical life and for wrongful death.
The total amount claimed is $170,000,000.
Therefore; an *Unlimited Civil Action.*

## COUNTY OF VENTURA IS LIABLE

Due to an illegal seizure/clandestine operation by *Ventura County Chief Deputy Public Defendant – Jean L. Farley*. Wanda Renault Hensley was seized/apprehended from her 287 West Vince Street, Ventura, California apartment. Further, on the October 24,2012 date, Jean took Wanda in a factious/clandestine fashion. Since Jean (first) took/hid Wanda in *Ventura County Medical Center*. Later, Jean hid Wanda at *Shoreline Care Center* located in *Port Hueneme, California*. Jean L. Farley is a Ventura County employee and has an office located in the Hall of Justice, 2nd Floor, Room 207, 800 South Victoria Avenue Ventura, California 93009.                    2.

$A_2$

$A_2$

Due to a non-*Community Me... cial Hospital (CMH)* doctor order; nor through a non-*Primary Doctor* prescribed medication, nor through Gary's non-prescribed medication...pursuit to *California Directive*...and due to a illegal twenty-five minigram (25 mil.gm.) overdose of *Seroquel* (anti-psychotic)...in which may cause *Sudden Cardiac Death*, or in Wanda's case-*Acute Respiratory Distress,* Wanda Renault Hensley passed on April 23,2013 at a non-home, foreign place/person institution.

When all Wanda needed was to be placed in a natural home environment with family members present. Alternatively, as requested many times by written demands and prior *Care Center* visits, a Motel 6 handicap room environment.

## AMOUNT OF CLAIM

The total damages of this date are $35,000,000, for false seizure/authority. The estimated amount of future damages is $135,000,000, for lost of physical life and for wrongful death.
The total amount claimed is $170,000,000.
Therefore, an *Unlimited Civil Action.*

## LIST OF WITNESS

Gary Lee Hensley (Chief Claimant)                 April 20,1951
Barry Lyn Hensley (Quiescent Claimant)      **TELEPHONE** 805-652-1340
Terry Lou Hensley (Quiescent Claimant)        **BUSINESS** 805-652-1340
Post Office Box 1363
Ventura, California 93002-1363

## ADDITIONAL INFORMATION

Notice of ten-day (10-day) of legal action.
Remit the original contains of the *Los Angeles County 15,495 Estate of David James Poyer;* the Los Angeles County SFP-2307 *Estate of Daniel James Poyer;* the *Los Angeles County SWP-15979 Estate of David Llewellyn Poyer;* and the *Ventura County P-60835 Estate of James Franklin Hensley.*

Alternatively, a check in the amount of $170,000,000., by May 28,2013 to Electronic Systems Repair Post Office Box 1363, Ventura, California 93002-1363; Telephone: 805-652-1340

I - Gary Lee Hensley declare under the penalties of perjury the amount of this claim covers only those damages and injuries caused by the accident (abuse of authority) described above and for final settlement of this claim.

Date of Claim: May /4,2013

SIGNATURE OF CLAIMANT

Gary Lee Hensley Proprietor/Claimant

3.

## Living Trust
--------------------------------------------------------------------
**Wanda Renault Hensley Living Trust**                    **December 11,2012**

I-Wanda Renault Hensley in Ventura, California and in the County of Ventura on this <u>11</u> day of December <u>2012</u>, hereby transfer to myself and my son-Gary Lee Hensley (Gary), as *Grantor/Trustee* all real property that Gary and I have in monetary interest, and any property Gary and I have in joint title with my late husband-James Franklin Hensley (James). Plus, known property and other property, unknown and later found, and when found transferred, devised and bequest to *Grantor/Trustee*. The assets held by *Trustee* will be held in a *Trust Estate*, for my natural living children, and assigns forever, and upon the terms and conditions in this *Living Trust*.

**Article I:**
On August 23,1945, James Franklin Hensley and Wanda Maria Renault [I] married in *Recife, Pernambuco County, Brazil, South America*. Do to said marriage my name became: Wanda Renault Hensley.

On April 22,1983, James and I remarried in *San Bernardino City, San Bernardino County, State of California*.

The *Living Trustee* is: Wanda Renault Hensley/Gary Lee Hensley.

I have three (3) living children, namely: Barry Lyn Hensley, Gary Lee Hensley and Terry Lou Hensley.

**Article II:**
Gary and I as *Grantor/Trustee* shall have the right to personal property and unknown real property assets, and when found I then give, devise, bequeath, assign or otherwise transfer any personal and real property, to *Grantor/Trustee*…the assets collected into the *Trust Estate*. Property shall be held by *Grantor/Trustee* in the *Trust Estate*. All assets collected by *Grantor/Trustee* becomes a principal part of the *Trust Estate*, and upon the terms and conditions set forth in this *Living Trust*.

**Article III:**
Upon my passing, this *Living Trust* shall become irrevocable. Plus, not revocable by any mediator, authority, or *Court of Law*.

**Article IV:**
Any and all assets, both income and proceeds, whether personal or real property assets, probate judgments/decrees, civil monetary judgments, and all default judgments; *Grantor/Trustee* shall collect, by in whatever form and the assets and proceeds shall constitute a principal part of the *Trust Estate*. *Grantor/Trustee* shall have full authority to settle or resolve any litigation and disagreements with respect to any assets and proceeds, collected into the *Trust Estate*.    **1.**

## Living Trust
--------------------------------------------------------------
**Wanda Renault Hensley Living Trust**                    **(Page 2)**

**Article V:**
Upon my full maturity and do to my passing, any and all judgments
and default judgments, insurance benefits, personal and real
property assets will be held in the *Trust Estate*.

**Article VI:**
*Grantor/Trustee* my collect any and all net proceeds and upon the
receipt of any insurance benefits, personal and real property
assets, that, at any time, then transferred, assigned, devised,
and collected into the *Trust Estate*. The *Trustee* may manage,
invest or distribute in the sole discretion of *Grantor/Trustee*
for the benefit of my living children, and assigns forever,
and upon the terms and conditions in this *Living Trust*.

**Article VII:**
*Grantor/Trustee* my distribute and/or divide the *Trust Estate* into
equal shares, one share for each of my living sons and one share
for their living children. Each share shall immediately vest in
and distributed absolutely and free of bond and of court, to
the majority and provisions in this *Living Trust*.

**Article VIII:**
*Grantor/Trustee* may distribute, for the benefit of each child who
shall have attained the age of twenty-one (21) years of his
share of the *Trust Estate*, as *Grantor/Trustee* deems advisable.
*Grantor/Trustee* in its sole discretion, after considering such
resources of the child, from all sources known to *Trustee*, for
the child's health, comfort, support, maintenance and complete
education, including preschool, preparatory, postgraduate,
college, professional, technical and scientific training.

**Article IX:**
*Grantor/Trustee* may attach real property for educational use;
especially the property known as: That certain parcel of real
property situated and being in the County of Los Angeles, State
of California, and described as follows: The North half of the
South-east quarter of Section twenty-seven Township One North
of Range Seventeen West of San Bernardino Meridian in California,
containing eighty acres. Also known as: Los Angeles Tract Number
35794; Park South Street, 23500 Mulholland Highway, Calabasas,
California 91302; containing eighty acres (*80acres).

**Article X:**
*Grantor/Trustee* may develop Los Angeles Tract Number 35794 into a
preschool, a preparatory school, a postgraduate school, a
university, or into a technical institution.                    **2.**

**Living Trust**

----------------------------------------------------------------

**Wanda Renault Hensley Living Trust**                           **(Page 3)**

**Article XI:**

During a devisee's life, neither the principal nor the income of the *Trust Estate* shall be liable for any debts of any beneficiary Nor shall any beneficiary liable to seizure or attachment by any creditor of any beneficiary under any wit or proceeding in equity or at law. Nor a beneficiary shall have power to sell, assign encumber, or in any manner to anticipate or dispose of his or her interest in the *Trust Estate*. The *Trustee* may anticipate and collect any income and assets for my living sons and when collected, held into the *Trust Estate*. Within limits, this paragraph shall not apply to any claim for alimony or support of a spouse asserted against any of my children.

**Article XII:**

Upon my passing as *Grantor/Trustee* and do to any health problems, Gary and I may resign, or not to act as *Grantor/Trustee*, I nominate and appoint the persons, in the order named, to act as successor *Grantor/Trustee*. As long as they are healthy and willing to act: First, to Barry Lyn Hensley/Terry Lou Hensley and to and then to Barry's natural living children authorized by him and appointed by him as successor *Grantor/Trustee*.

**Article XIII:**

No person dealing with the *Trustee* or *Successor Trustee* shall not control the powers of either, or to bind any application to any money or property paid or delivered to the *Trust Estate*. The *Trustee* shall not require the authority or approval from any court in the exercise of its conferred powers. The *Trustee* is not required to make any account or report to any court. No *Court of Law* shall force *Trustee*, or the *Successor Trustee* to furnish any bond for the proper performance of the *Trust Estate*.

**Article XIV:**

*Grantor/Trustee* shall administer the *Trust Estate* and have the power and any other powers granted by ancestor law, with respect to the assets in the *Trust Estate*. In addition, *Grantor/Trustee* in its sole discretion may determine the best interests of the *Trust Estate* and its beneficiaries.

**Article VX:**

*Grantor/Trustee my* attach property received from both the *Poyer Estate* and the *James Estate*, or from any other source, including residential property, regardless of reasonable risk, and non-productivity or diversification. Including the two vacate lots, located in the *Town of Jaroso*, Block 29, Lot 9 and 10 and in *Costilla County, State of Colorado*.                    **3.**

Living Trust

---------------------------------------------------------------

**Wanda Renault Hensley Living Trust** (Page 4)

**Article XVI:**

To invest and reinvest in any property or undivided interest in property, wherever located, including my interest in my mothers – Mae Eulina Renault title in *Apartment Number 949*, in Hotel /Apartment Building *Figueirero Magalhaes 598 Copacabana County*, *Rio de Janeiro, Brazil, South America*.

**Article XVII:**

To operate, maintain, repair, rehabilitate, alter, improve or remove any prior structure on real property, to secure bank bonds, or land bonds, leases, subleases for any term or length of time, although the term may extend beyond the termination of the *Trust Estate.* In addition, <u>not to</u> subdivide or partition any real property, however, to grant easements, give consents and make contracts relating to real estate.

**Article XVIII:**

*Grantor/Trustee* should help, improve and facilitate the lives of his two brothers-Barry Lyn Hensley and Terry Lou Hensley. *Grantor /Trustee* may at any time allow them a residence on any land, and/or residence on any portion of land where ever located, including the land in *Big Bear*, California; the lands located in Calabasas, California; the lands located in Ventura, California; the twenty-acres located in Northern California; the two parcels located in the State of Colorado, and *Apartment Number 949*, in Hotel/Apartment Building *Figueirero Magalhaes 598 Copacabana County*, *Rio de Janeiro, Brazil, South America*.

In witness herein, my son-Gary Lee Hensley, as my appointed *Grantor/Trustee* set his hand and signature, to this *Living Trust*, and as *Grantor/Trustee*, on April *8*, 2014. Gary Lee Hensley *Grantor/Trustee*

*[signature]*

I declare in penalty of perjury via the laws of the United States of America, in the State of California and in Ventura County the foregoing is true and correct.

Signed on December *11*, 2012, in the United States of America in the State of California and in Ventura, California.

*[initials]*

~~Living Trust~~

Living Trust

----------------------------------------------------------------

Wanda Renault Hensley Living Trust                    (Page 5)

County of Ventura        }
State of California       }
United States of America }ss.

I, the undersigned, a *Notary Public* in Ventura County, State of California and in the *United States of America*, do hereby certify the same ___Gary Lee Hensley___ , ~~personally known~~ to me

                    Gary Lee Hensley

and his name is subscribed above, appeared before me this day in person and acknowledged that he the person who executed the document in his free and voluntary act, for the use and purpose set forth above.

Notary Public

------------------------------

Date

------------------------------

Expiration of Commission

------------------------------


                    Notary Seal

                                                        5.

                                                        B5

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Ventura__ }

On __8 APRil 2014__ before me, __Ramesh manwani  (Notary public)__,
Date                                    Here Insert Name and Title of the Officer

personally appeared __Gary Lee Hensley__
Name(s) of Signer(s)

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____
Signature of Notary Public

RAMESH MANWANI
COMM. # 2059805
NOTARY PUBLIC-CALIFORNIA
VENTURA COUNTY
My Commission Expires MARCH 20, 2018

Place Notary Seal Above

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Individual | ☐ Individual |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Attorney in Fact | ☐ Attorney in Fact |
| ☐ Trustee | ☐ Trustee |
| ☐ Guardian or Conservator | ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2009 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)          Item #5907

B6

Certified Copy

Oct 15-2012 38 A.

Post Office Box 1363
Ventura, California 93002-1363
(805) 652-1340

# CALIFORNIA ADVANCE HEALTH-CARE DIRECTIVE
## (CALIFORNIA PROBATE CODE SECTION 4701)
### EXPLANATION OF THIS DOCUMENT

You have the right to give instructions about your own health care. You also have the right to name someone else to make health care decisions for you. This form lets you do either or both of these things. It also lets you express your wishes regarding donation of organs and the designation of your primary physician. If you use this form, you may complete or modify all or any part of it. You are free to use a different form.

PART 1 of this form is a power of attorney for health care. Part 1 lets you name another individual as agent to make health care decisions for you if you become incapable of making your own decisions or if you want someone else to make those decisions for you now even though you are still capable. You may also name an alternate agent to act for you if your first choice is not willing, able or reasonably available to make decisions for you. (Your agent may not be an operator or employee of a community care facility or a residential care facility where you are receiving care, or your supervising health care provider or employee of a health care institution where you are receiving care, unless your agent is related to you or is a coworker.)

Unless the form you sign limits the authority of your agent, your agent may make all health care decisions for you. This form has a place for you to limit the authority of your agent. You need not limit the authority of your agent if you wish to rely on your agent for all health care decisions that may have to be made. If you choose not to limit the authority of your agent, your agent will have the right to:

  a) consent or refuse consent to any care, treatment, service or procedure to maintain, diagnose or otherwise affect a physical or mental condition.
  b) select or discharge health care providers and institutions.
  c) approve or disapprove diagnostic tests, surgical procedures, and programs of medication.
  d) direct the provision, withholding or withdrawal of artificial nutrition and hydration and all other forms of health care, including cardiopulmonary resuscitation.
  e) make anatomical gifts, authorize an autopsy, and direct disposition of remains.

PART 2 of this form lets you give specific instructions about any aspect of your health care whether or not you appoint an agent. Choices are provided for you to express your wishes regarding the provision, withholding or withdrawal of treatment to keep you alive, as well as the provision of pain relief. Space is also provided for you to add to the choices you have made or for you to write out any additional wishes. If you are satisfied to allow your agent to determine what is best for you in making end-of-life decisions, you need not fill out Part 2 of this form.

PART 3 of this form lets you express an intention to donate your bodily organs and tissues following your death.

PART 4 of this form lets you designate a physician to have primary responsibility for your health care.

After completing this form, sign and date the form at the end. The form must be signed by two qualified witnesses or acknowledged before a notary public. Give a copy of the signed and completed form to your physician, to any other health care providers you may have, to any health care institution at which you are receiving care and to any health care agents you have named. You should talk to the person you have named as agent to make sure that he or she understands your wishes and is willing to take the responsibility.

You have the right to revoke this advance health care directive or replace this form at any time.

C1

# PART 1
## POWER OF ATTORNEY FOR HEALTH CARE

### DESIGNATION OF AGENT

I designate the following individual as my agent to make health care decisions for me:

Gary Lee Hensley

<u>(Name of the individual you choose as your Agent)</u>

ESR Post Office Box 1363 Ventura, Ca. 93002-1366

| (Address) | (City) | (State) | (Zip Code) |

(805)652-1340                    (805)652-1340

(Home Phone)                    (Work Phone)

### DESIGNATION OF ALTERNATE AGENTS (OPTIONAL)

If I revoke my agent's authority or if my agent is not willing, able or reasonably available to make a health care decision for me, I designate as my first alternate agent:

(Name of the individual you choose as your First Alternate Agent)

| (Address) | (City) | (State) | (Zip Code) |

(Home Phone)                    (Work Phone)

If I revoke the authority of my agent and first alternate agent or if neither is willing, able or reasonably available to make a health care decision for me, I designate as my second alternate agent:

(Name of the individual you choose as your Second Alternate Agent)

| (Address) | (City) | (State) | (Zip Code) |

(Home Phone)                    (Work Phone)

### AGENT'S AUTHORITY

My agent is authorized to make all health care decisions for me, including decisions to provide, withhold or withdraw artificial nutrition and hydration and all other forms of health care to keep me alive, except as I state here: _____

_____

_____

(Add additional sheets if needed)

### WHEN AGENT'S AUTHORITY BECOMES EFFECTIVE

My agent's authority becomes effective when my primary physician determines that I am unable to make my own health care decisions, unless I mark the following box. If

C2

## WHEN AGENT'S AUTHORITY BECOMES EFFECTIVE

My agent's authority becomes effective when my primary physician determines that I am unable to make my own health care decisions, unless I mark the following box. If I mark this box [###], my agent's authority to make health care decisions for me takes effect immediately.

## AGENT'S OBLIGATION

My agent shall make health care decisions for me in accordance with this power of attorney for health care, any instructions I give in Part 2 of this form and my other wishes to the extent known to my agent. To the extent my wishes are unknown, my agent shall make health care decisions for me in accordance with what my agent determines to be in my best interest. In determining my best interest, my agent shall consider my personal values to the extent known to my agent.

## AGENT'S POSTDEATH AUTHORITY

My agent is authorized to make anatomical gifts, authorize an autopsy, and direct disposition of my remains, except as I state here or in Part 3 of this form:

_____

_____

_____

(Add additional sheets if needed.)

## NOMINATION OF CONSERVATOR

If a conservator of my person needs to be appointed for me by a court, I nominate the agent designated in this form. If that agent is not willing, able or reasonably available to act as conservator, I nominate the alternate agents whom I have named, in the order designated.

# PART 2

# INSTRUCTIONS FOR HEALTH CARE

*(If you do fill out this part of the form, you may strike any wording you do not want.)*

## END-OF-LIFE DECISIONS

I direct that my health care providers and others involved in my care provide, withhold or withdraw treatment in accordance with the choice I have marked below:

[##] a) Choice Not To Prolong Life

I do not want my life to be prolonged if (i) I have an incurable and irreversible condition that will result in my death within a relatively short time, (ii) I become unconscious and, to a reasonable degree of medical certainty, I will not regain consciousness or (iii) the likely risks and burdens of treatment would outweigh the expected benefits, **OR**

[ ] b) Choice To Prolong Life

I want my life to be prolonged as long as possible within the limits of generally accepted health care standards.

## RELIEF FROM PAIN

Except as I state in the following space, I direct that treatment for alleviation of pain or discomfort be provided at all times, even if it hastens my death:

_____

_____

(Add additional sheets if needed.)

## OTHER WISHES

*(If you do not agree with any of the optional choices above and wish to write your own, or if you wish to add to the instructions you have given above, you may do so here.)*

I direct that:

_____

_____

(Add additional sheets if needed.)

# PART 3

# DONATION OF ORGANS AT DEATH (OPTIONAL)

Upon my death (mark applicable box)

[    ] (a) I give any needed organs, tissues or parts, OR

[    ] (b) I give the following organs, tissues or parts only _____

_____

[    ] (c) My gift is for the following purposes (strike any of the following you do not want)

(i) Transplant, (ii) Therapy, (iii) Research, (iv) Education

# PART 4

# DESIGNATION OF PRIMARY PHYSICIAN(S) (OPTIONAL)

I designate the following physician as my primary physician:

Khozema H. Campwala, M.D. M.P.H.
_____
(Name of Physician)

138 West Main Street; Suite E, Ventura, California 93001
_____
(Address)          (City)          (State)          (Zip Code)

805-667-2850; 805-652-0708 Faxsimile; www.cmhhospital.org/CFH
_____
(Phone)

If the physician I have designated above is not willing, able or reasonably available to act as my primary physician, I designate the following physician as my primary physician:

_____
(Name of Physician)

_____
(Address)          (City)          (State)          (Zip Code)

_____
(Phone)

This Advance Health Care Directive shall become effective upon my disability or incapacity, unless I have checked the appropriate box in part 1, in which case, my agent's authority becomes effective immediately.

Photocopies of this Advance Health Care Directive may be relied upon as though they were the original.

## SIGNATURE OF PRINCIPAL

*(Sign and date the form here)*

October 23, 2012
_____
(Date)

W R H
_____
(Sign Your Name)

ESR Post Office Box 1363
_____
(Address)

W.R.H. (Wanda Renault Hensley)
_____
(Print Your Name)

Ventura, Ca. 93002-1363
_____
(City)      (State)      (Zip Code)

February 4, 1923
_____
(Date of Birth)

## SIGNATURES OF WITNESSES OR NOTARY

*(This power of attorney will not be valid for making health care decisions unless it is either (a) signed by two qualified adult witnesses who are personally known to you and who are present when you sign or acknowledge your signature; or (b) acknowledged before a notary public in the state.)*

### ALTERNATIVE NO. 1

### WITNESS STATEMENT

I declare under penalty of perjury under the laws of California (1) that the individual who signed or acknowledged this advance health care directive is personally known to me, or that the individual's identity was proven to me by convincing evidence, (2) that the individual signed or acknowledged this advance directive in my presence, (3) that the individual appears to be of sound mind and under no duress, fraud, or undue influence, (4) that I am not a person appointed as agent by this advance directive, and (5) that I am not the individual's health care provider, an employee of the individual's health care provider, the operator of a community care facility, an employee of an operator of a community care facility, the operator of a residential care facility for the elderly, nor an employee of an operator of a residential care facility for the elderly.

| First Witness | Second Witness |
|---|---|
| Oct 23-2012 | Dave Hovey |
| (Date) | (Sign Your Name) |
| 109 Big Bear Way  93003 | DAVE Hovey |
| (Address) | (Print Your Name) |
| Ventura, Ca.  93003 | 1000 Oaks  91320 |
| (City)  (State)  (Zip Code) | (City)  (State)  (Zip Code) |
| Darlene M. Hoy | Cano Hovey |
| (Signature of Witness) | (Signature of Witness) |
| October 23, 2012 | October 30, 2012 |
| (Date) | (Date) |

### ADDITIONAL STATEMENT OF WITNESSES

*(At least one of the above witnesses must also sign the following declaration)*

C₅

I further declare under penalty of perjury under the laws of California that I am not related to the individual executing this advance health care directive by blood, marriage, or adoption. and to the best of my knowledge, I am not entitled to any part of the individual's estate upon his or her death under a will now existing or by operation of law.

_____
(Signature of Witness)

_____
(Signature of Witness)

### SPECIAL WITNESS REQUIREMENT

*(The following statement is required only if you are a patient in a skilled nursing facility--a health care facility that provides the following basic services: skilled nursing care and supportive care to patients whose primary need is for availability of skilled nursing care on an extended basis. The patient advocate or ombudsman must sign the following statement:)*

### STATEMENT OF PATIENT ADVOCATE OR OMBUDSMAN

I declare under penalty of perjury under the laws of California that I am a patient advocate or ombudsman as designated by the State Department of Aging and that I am serving as a witness as required by Section 4675 of the Probate Code.

_____
(Date)

2021 Sperry Avenue Ventura, Ca. 93003
Tel. 805-656-1986 Fax. 805-658-8540
(Address, City, State, Zip Code )

_____
(Sign Your Name)

_____
(Print Your Name)

### ALTERNATIVE NO. 2

### NOTARY PUBLIC

*(YOU MAY USE THIS CERTIFICATE OF ACKNOWLEDGMENT BEFORE A NOTARY PUBLIC INSTEAD OF THE STATEMENT OF WITNESSES)*

State of California )
) ss.
County of Ventura )

On October 25, 2012 before me, Ramesh Manwani Notary Public
(insert name and title of the officer)

personally appeared Gary Lee Hensley, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal. (Civil Code Section 1189)

_____
(Signature of Notary Public)

RAMESH MANWANI
Commission
Notary Public - California
Ventura County
My Comm. Expires Mar 26, 2014
NOTARY SEAL

```
 1  Wanda Renault Hensley/Gary Lee Hensley
    dba Electronic Systems Repair
 2  Post Office Box 1363
    Ventura, California 93002-1363
 3  Telephone:(805)652-1340
    Proprietor/Heir
 4  [Attorney In Propria Persona]
```

                                                    VENTURA
                                                SUPERIOR COURT
                                                    FILED

                                                AUG 1 7 2012

                                            MICHAEL D. PLANET
                                        Executive Officer and Clerk
                                        BY:_____, Deputy
                                            ERIN PATTERSON

```
 5
 6
 7
 8          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9              FOR THE COUNTY OF VENTURA
10  Estate of                )  CASE NO. 126721
    Cary Lewis Hensley,      )
11                           )  NOTICE OF RULING: COURT TRIAL
             Plaintiff,      )  AND REQUEST FOR DEFAULT JUDGMENT
12                           )
          vs.                )
13                           )
    Wanda Renault Hensley,   )  Trial Date: August 30,1993
14  et al,                   )  Time: 10:30 a.m.
             Defendants.     )  Courtroom: 31
15  _____)
```

```
16       On July 19,1993, attorney William Boyd Ritner (Ritner) as
17  special administrator for the Ventura County P-68549 Estate of
18  Cary Lewis Hensley (Cary) filed a Civil Court Complaint for
    Unlawful Detainer. On June 2,1993, Raymond C. Clayton (Clayton)
19
    as attorney for special administrator Ritner, served a Summons
20
    and Complaint for Unlawful Detainer on Wanda Renault Hensley
21  (Wanda), and at her 755 Buena Vista Street, Ventura,
22  California 93001 home (755 Buena Vista).
23       On July 22,1993, Wanda Renault Hensley and Gary Lee Hensley
24  filed an Answer to the Complaint for Unlawful Detainer.
25       On August 25,1993, Wanda Renault Hensley and
    Gary Lee Hensley filed and served a Trial Brief.
26
         On August 30,1993, at 10:00 a.m. and in Courtroom 30,
27  Ventura Superior Court Honorable Osborne transferred the matter
28  to Honorable Burt Henson (Hon. Henson) located in Courtroom 31. 1
```

$D_1$

Honorable Burt Henson received the transferred matter for a *Court Trial and for a Request for Default Judgment*. Honorable Burt Henson heard the matter 10:30 a.m. in Courtroom 31, instead of and in place of Honorable Osborne.

Attorney William Boyd Ritner as special administrator for the Ventura County Superior Court P-68549 Estate of Cary Lewis Hensley appeared with representation attorney Raymond C. Clayton.

Defendant Gary Lee Hensley appeared in propria persona for himself and his mother Wanda Renault Hensley.

Attorney Raymond C. Clayton for the P-68549 Estate presents his opening statement to the *Court*. Special administrator William Boyd Ritner is called, is duly sworn, and testifies.

The *Court* takes *judicial notice* of the Ventura County Superior Court P-68549 Estate of Cary Lewis Hensley.

Gary Lee Hensley is called pursuit to *Evidence Code Section 776* (Ca. Evidence Code §776), and is duly sworn and testifies.

At 11:31 a.m., the *Court* directs the morning recess.

At 11:47 a.m., the *Court* reconvenes; all parties by and with counsel are present as heretofore indicated.

The *Court* and counsel discuss procedural matters regarding the status of the mortgage with *Sears Mortgage*. Counsel for plaintiff indicates he has spoken with *Sears Mortgage* and learned the mortgage is now current; whereupon the *Court* finds in favor of the defendants, Wanda Renault Hensley and Gary Lee Hensley.

The favorable judgment gives final *Quite Title Judgment* to the 755 Buena Vista Street, Ventura, California 93001 land/house to defendants Wanda Renault Hensley and Gary Lee Hensley, and against special administrator William Boyd Ritner.

*Default Judgment* as to Lou Morear, Cecilia Solis, Barry Lyn Hensley, Scott Conbo, Diane Berry and Marcie Allen, is granted.

The 755 Buena Vista Street, Ventura, California 93001 land, and the *Court's Minute Order* is attached as follows:

Gary Lee Hensley Proprietor\Heir [Attorney In Propria Persona] **2.**

$D_2$

Ventura County Assessor Parcel Number: 072-0-104-020

1
2  Part of Lot 1, Block 64 of the City (formerly Town) of San
Buenaventura, County of Ventura, State of California, as per
3  the Official Map of the Town of San Buenaventura, particularly
described as follows:

4  Beginning at a point in the North line of that certain Street 60
feet wide, locally known and called "Buena Vista Avenue" from
5  which the point of intersection of the West line of "Ash Street"
6  and the North line of "Buena Vista Avenue" bears East 150 feet;
thence from said point of beginning,
7  1st North 100 feet to a point; thence at right angles,
2nd West 50 feet to a point; thence at right angles,
8  3rd South 100 feet to a point in the North line of said "Buena
Vista Avenue"; thence along said North line,
9  4th East 50 feet to the point of beginning.
10      Except all oils and minerals and the right to develop the
same, as reserved by the State of California in deed recorded
11  August 31,1946, in Book 760, Page 336 of Official Records.

12              **PROOF OF SERVICE BY MAIL**
                **(C.C.P. §§1013 & 1013(a)**
13

14  **United States of America}**
**State of California        }**
15  **County of Ventura          } ss.**

16  Gary Lee Hensley states:

17      I am a citizen of the United States of America, over the age
of eighteen years, and a party to the within action/proceeding.
18  My residence/business address is 755 Buena Vista Street, Ventura,
19  Ca. 93001. On August 17,2012 I served the within and upon.

20  **NOTICE OF RULING: COURT TRIAL AND REQUEST FOR DEFAULT JUDGMENT**
21      On Ruth D. Morrow; Alexander, Clayton, Morrow & Wilson, LLP;
One Boardwalk, Suite 102, Thousand Oaks, California 91360-5716

22      Addressing an envelope to each of the above-named persons as
23  indicated above, and placed in each envelope a true copy of each
of said documents, and by then sealing and depositing said
24  envelope, with postage fully prepaid, in the United States
mail, in the State of California and in Ventura, California.
25

26      I declare in penalty of perjury via the laws of the United
States of America, in the State of California and in Ventura
27  County the foregoing is true and correct; mailed August 17,2012
in the United States of America in and Ventura, California.
28  _____
Gary Lee Hensley Proprietor/Heir                              3.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

JUDGE: BURT HENSON                    DATE: AUGUST 30, 1993      TIME: 10:00 A.M.
CLERK: D PEARSON                      BAILIFF: K MENDEZ          CASE NO:

TITLE OF CASE:

    ESTATE OF HENSLEY                         RAYMOND CLAYTON
                                             Counsel for: PLAINTIFF
        v./and

    WANDA RENAULT HENSLEY
                                             Counsel for:

NATURE OF PROCEEDINGS:   REQUEST FOR DEFAULT JUDGMENT, COURT TRIAL

    At 10:33 a.m., the above entitled matter comes on for trial, having been
transferred from Judge Osborne, courtroom 30.  The plaintiff is present by
attorney, Raymond Clayton.  Gary Hensley appears in propria persona.  Also
present is special administrator, William Ritner.
    Counsel for the estate presents his opening statement to the court.
    William Ritner is called and is duly sworn and testifies.
    Plaintiff's exhibits 1, 2, 3, 4, 5, 6 and 7 are marked, offered and
received in evidence; all exhibits marked this date are described in a separate
sheet incorporated in the minutes by reference, and attached hereto.
    The court takes judicial notice of 208543.
    Gary Hensley is called pursuant to Evidence Code section 776, and is
duly sworn and testifies.
    At 11:31 a.m., the court directs the morning recess.
    At 11:47 a.m., court reconvenes, all parties by and with counsel are
present as heretofore indicated.
    The court and counsel discuss procedural matters regarding the status of
the mortgage with Sears Mortgage.  Counsel for plaintiff indicates he has
spoken with Sears Mortgage and learned that the mortgage is now current,
whereupon, the court finds in favor of the defendants, Wanda Hensley and Gary
Hensley.
    Default Judgment as to Lou Moreau, Camilla Solis, Barry Lynn Hensley,
Scott Combo, Diane Berry and Marcia Allen, is granted.
    The court orders all exhibits returned to counsel for the plaintiff.
    At 11:55 a.m., court stands adjourned.

SHEILA GONZALEZ, Superior Court
Executive Officer and Clerk

D
4

E.S.R.
Electronic Systems Repair
Post Office Box 1363
Ventura, California 93002-1363
Telephone: (805) 652-1340

Gary Lee Hensley
dba Electronic Systems Repair
Post Office Box 1363
Ventura, California 93002-1363
Telephone: (805)652-1340
Proprietor/Heir [Attorney In Persona]

No. 0505

| CUSTOMER ORDER NO. 0505 | DEPARTMENT FILM | DATE July 21 2014 |
|---|---|---|

NAME U.S. CLARK

ADDRESS 501 I STREET

CITY, STATE, ZIP SACRAMENTO CALIFORNIA 95814

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE. RETD. | PAID OUT | WHEN SHIP |
|---|---|---|---|---|---|---|---|

| | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Gary Lee Hensley | | |
| 2 | | dba Electronic Systems Repair | | |
| 3 | | Post Office Box 1363 | | |
| | | Ventura, California 93002-1363 | | |
| 4 | | Telephone:805-652-1340 | | |
| 5 | | [Attorney In Propria Persona] | | |
| 6 | | Gary Lee Hensley | | |
| 7 | | Rnt New File | | |
| 8 | | | | |
| 9 | | Clark of Court | | |
| 10 | | | | |
| 11 | | If All Papers | | |
| 12 | | | | |
| 13 | | Are Correct | | |
| 14 | | | | |
| 15 | | Please File! | | |
| 16 | | | | |
| 17 | | And Remit To Above | | |
| 18 | | | | |
| 19 | | Gary Lee Hensley | | |
| 20 | | 805-652-1340 | | |

| RECEIVED BY | | TAX | 0 |
|---|---|---|---|
| | | TOTAL | 0 |

**DUPLICATE**